Guy Mizrahi (Bar No. 220930)
JSGM LAW LLP
8383 Wilshire Blvd., Suite 970
Los Angeles, CA 90211
Telephone: 424.206.4303
Facsimile: 424.220.7388
Email: eservice@jsgmlaw.com

Attorneys for Plaintiff, MICKEY TAO

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICKEY TAO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PORSCHE CARS NORTH AMERICA, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:25-cv-00101 KK (SPx)<br><br>(Removed from Superior Court of California, County of San Bernadino, Case No. CIVRS2402145)]<br><br>**ORDER TO DISMISS**<br><br>District Judge: Kenly Kyia Kato |

1  Upon consideration of the Joint Stipulation for Dismissal, it is hereby ordered
2  that the entire action, including all claims and counterclaims stated herein against all
3  parties, is hereby dismissed with prejudice.
4
5  IT IS SO ORDERED.
6
7  Dated: August 19, 2025

_____
HON. KENLY KIYA KATO
United States District Judge